**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Julie Dalton, | Case No. 23-CV-3404 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Kowalski's Holdings Inc., | |
| Defendant. | |

---

This matter is before the Court on Plaintiff Julie Dalton's and Defendant Kowalski's Holdings Inc.'s (together, the "Parties") Stipulation for Dismissal. (Doc. No. 17.) Plaintiff wishes to dismiss her Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties have signed a Stipulation of Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 12, 2024                                 /s/ Jeffrey M. Bryan
                                                                      Judge Jeffrey M. Bryan
                                                                      United States District Court