## UNITED STATES DISTRICT COURT
### District of Minnesota

Julie Dalton

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 23-cv-03404-JMB-DLM

Kowalski's Holdings Inc.

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE and without costs or attorney

fees to any party.

Date: 3/13/2024

KATE M. FOGARTY, CLERK